# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

IN RE: HAVER VS CITY OF      :   No. 142 EM 2019
PHILADELPHIA, A PETITION FOR     :
MANDAMUS AND EXPEDITED HEARING   :
                                        :
                                        :
PETITION OF: LANCE HAVER           :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 10th day of March, 2020, the Application for Exercise of King's

Bench Power or Extraordinary Jurisdiction is DENIED.